**THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF** | * | **CASE NO. 23-11384-lrc** |
| | * | **CHAPTER 13** |
| **DEBTOR** | * | |
| **Thomas Dale Godbold, Jr. and** | * | |
| **Melanie Blaisdale Godbold** | * | |
| | * | **JUDGE** __Lisa Ritchey Craig__ |

**CERTIFICATION REGARDING REVIEW OF PROOFS OF CLAIM**

COMES NOW John T Dufour, counsel of record for the debtor in the above-styled Chapter 13 case, and files this Certification Regarding Review of Proofs of Claim pursuant to General Order Number 9 and shows this Honorable Court the following:

1.

The debtors filed the instant Chapter 13 proceeding on November 3, 2024.

2.

The deadline for filing Proofs of Claim for Creditors other than a governmental unit was January 12, 2024. The deadline for Filing Proofs of Claim for governmental units was May 1, 2024.

3.

I hereby certify that the following tasks have been performed on behalf of the debtor(s) in the case:

(A) Reviewed all filed Proofs of Claim on the Claims Register maintained by the Clerk of Court, with the Debtor, to determine validity and also reviewed the claim status in the Trustee's Records to verify proper treatment by the Trustee;

(B) Prepared, filed and served objections to improper or invalid claims;

(C) Filed claims within 30 days of the Bar Date for Creditors who fail to file claims when such failure will adversely affect Debtor's case or it's successful completion and discharge or such failure will adversely affect Debtor after case completion and discharge.

This __2nd__ day of __October__, 2024

                                                              Respectfully submitted by

                                                              /s/
                                                              John T. Dufour
                                                              Attorney for Debtors
                                                              State Bar No.: 232140

Law Office of John Dufour
605 Newnan Street
Carrollton, Georgia 30117
(770) 834-0295

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | * | CASE NO. 23-11384-lrc |
| | * | CHAPTER 13 |
| DEBTOR | * | |
| Thomas Dale Godbold, Jr. and | * | |
| Melanie Blaisdale Godbold | * | |
| | * | JUDGE   Lisa Ritchey Craig |

CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the foregoing Certification Regarding Review of Proofs of Claim to the following by placing same in the United States Mail with sufficient postage attached thereto to insure delivery:

**Debtors Address**
Thomas Dale Godbold Jr.
Melanie Blaisdell Godbold
85 Camp Ln
Carrollton, GA 30117

**ELECTRONIC SERVICE (ECF)**
Melissa J. Davey           mail@13trusteeatlanta.com
                           cdbackup@13trusteeatlanta.com

This  2nd  day of  October , 2024.

/s/
John T. Dufour, #232140
Attorney for Debtors

Law Office of John Dufour
605 Newnan Street
Carrollton, Georgia 30117
(770) 834-0295